# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00556-TJC-MCR
### Internal Use Only

Hussmann v. Merck & Co., Inc.
Assigned to: Judge Timothy J. Corrigan
Referred to: Magistrate Judge Monte C. Richardson
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/21/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Dolores Hussmann**     represented by **Timothy M. O'Brien**
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen St., Suite 600
P.O. Box 12308
Pensacola, FL 32591
850/435-7084
Fax: 850-435-6084
Email: tobrien@levinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**     represented by **M. King Hill, III**
Venable, LLP
210 Allegheny Ave
Towson, MD 21204
410/494-6260
Fax: 410/821-0147
Email: mkhill@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Corso**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Fort Myers, FL 33902-0280
239/344-1170
Fax: 239/344-1200
Email: michael.corso@henlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2007 | 1 | COMPLAINT against Merck & Co., Inc. ; jury demand (Filing fee $ 350 receipt number J26188) filed by Dolores Hussmann.(JMAP, ) (Entered: 06/21/2007) |
| 06/21/2007 | 2 | STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 6/21/2007. (JMAP, ) (Entered: 06/21/2007) |
| 06/21/2007 |  | Summons issued as to Merck & Co., Inc.. (JMAP, ) (Entered: 06/21/2007) |
| 06/22/2007 | 3 | ORDER OF RECUSAL. Judge Howell W. Melton recused. Signed by Judge Howell W. Melton on 6/22/2007. (JAE) (Entered: 06/22/2007) |
| 06/25/2007 |  | Case reassigned to Judge Timothy J. Corrigan. New case number: 3:07-cv-556-J-32MCR. Judge Howell W. Melton no longer assigned to the case. (DH) (Entered: 06/25/2007) |
| 06/28/2007 | 4 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 6/28/2007. (md) (Entered: 06/28/2007) |
| 08/07/2007 | 5 | ANSWER and affirmative defenses to complaint with Jury Demand by Merck & Co., Inc..(Corso, Michael) (Entered: 08/07/2007) |